UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESHAWN MAURICE HARRELL,

    Plaintiff,

    v.

SYLVA, et al.,

    Defendants.

Case No. 25-cv-06264-NW

**ORDER DISMISSING MATTER WITHOUT PREJUDICE**

Plaintiff Eshawn Maurice Harrell, a state detainee, filed this pro se civil rights complaint raising several claims against Defendants Judge Sylva and Arnold Fosah. *See* ECF No. 1. On December 16, 2025, the Court dismissed his Complaint for failure to state a claim and granted him leave to amend. ECF No. 10. The Court ordered Harrell to file an amended complaint within 28 days or face dismissal of this case. The deadline has passed and Harrell has not filed an amended complaint or otherwise communicated with the Court. Accordingly, this matter is **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**

Dated: March 26, 2026

_____

Noël Wise
United States District Judge

United States District Court
Northern District of California