UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE ESHAWN MAURICE HARRELL,

Plaintiff,

v.

ORLANDO, et al.,

Defendants.

Case Nos. 25-cv-05926-NW
25-cv-06264-NW
25-cv-06271-NW
25-cv-06659-NW
25-cv-07433-NW
25-cv-07435-NW
25-cv-07437-NW
25-cv-07871-NW
25-cv-08503-NW

**ORDER REGARDING REQUEST TO REOPEN ALL MATTERS**

Plaintiff Eshawn Maurice Harrell, a state detainee proceeding *pro se*, filed several cases in this Court that were dismissed without prejudice. On June 8, 2025, the Court received a letter from Harrell providing an updated address and asking the Court to reopen all his cases. Harell's request is procedurally improper, and he also failed to substantively address the deficiencies in his previous complaints, which the Court explained in its Order.

Accordingly, Harell's request is **DENIED**. The Court orders the Clerk to update Harrell's address in the above-captioned cases to: 4100 The Woods Drive, #805, San Jose, California, 95136.

**IT IS SO ORDERED.**

Dated: June 15, 2026

_____
Noël Wise
United States District Judge

United States District Court
Northern District of California